**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMIA M. GEER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:16-cv-00542-GMN-NJK <br><br> **ORDER** |

Pending before the Court is Plaintiff's response to the Court's September 22, 2016 Order to Show Cause. Docket No. 16. The Court issued that Order because Plaintiff failed to comply with the Court's June 6, 2016 Scheduling Order. *See* Docket No. 15. Plaintiff has indicated that she has been unable to retain a lawyer and is therefore proceeding *pro se*. Docket No. 16 at 2. Further, Plaintiff did not receive the Court's June 6, 2016 Scheduling Order. *Id.* at 3.

Accordingly, for good cause shown, the Court's Order to Show Cause, Docket No. 15, is hereby **DISCHARGED**. Additionally, the Court's June 6, 2016 Scheduling Order, Docket No. 13, is hereby **VACATED**. The Court issues a revised Scheduling Order concurrently herewith.

IT IS SO ORDERED.

Dated: October 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge