# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMIA M. GEER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. 2:16-cv-00542-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 20) |

Pending before the Court is Plaintiff's motion to vacate the Court's October 13, 2016 scheduling order. Docket No. 20. Plaintiff recently retained counsel, who filed a Notice of Appearance in this action on November 14, 2016. Docket No. 20 at 2. Under the October 13, 2016 scheduling order, Plaintiff's deadline to file motions was the same day. *See* Docket Nos. 18 at 2, 20 at 2. Plaintiff requests that the Court vacate the prior scheduling order and issue a revised scheduling order so that counsel has sufficient time to prepare. Docket No. 20 at 3.

Accordingly, Plaintiff's motion to vacate (Docket No. 20) is hereby **DENIED**. The Court will, however, extend the deadlines in the current scheduling order. The deadline for Plaintiff to file a motion to remand on the basis of new medical evidence, or to file a motion for reversal and/or remand, is **December 15, 2016**.

　　　　IT IS SO ORDERED.

　　　　DATED: November 15, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge