# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMIA M. GEER, | ) |
| Plaintiff, | ) Case No. 2:16-cv-00542-GMN-NJK |
| vs. | ) |
| CAROLYN W. COLVIN, | ) ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | ) (Docket No. 22) |
| Defendant. | ) |

Pending before the Court is Plaintiff's motion to extend the deadline to file motions. Docket No. 22. For good cause shown, the Court hereby **GRANTS** Plaintiff's motion. Docket No. 22. The Court hereby **EXTENDS** the deadline for Plaintiff to file a motion to remand on the basis of new medical evidence, or to file a motion for reversal and/or remand, to January 17, 2017.

IT IS SO ORDERED.

DATED:   December 16, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge