# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMIA M. GEER,<br><br>      Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 2:16-cv-00542-GMN-NJK<br><br>ORDER<br><br>(Docket No. 24) |

    Pending before the Court is Plaintiff's motion to extend the deadline to file her motion for remand or reversal. Docket No. 24. Though Plaintiff labels it as a motion to extend the December 15, 2016 deadline, *see id.* at 1, the Court construes it as a motion to extend the January 17, 2017 deadline. The instant motion is identical to Plaintiff's motion at Docket No. 22. *See* Docket No. 24 at 2-3 (referencing December 15, 2016 deadline and providing the same reasons for request to those mentioned in motion at Docket No. 22). Nonetheless, the Court understands that Plaintiff's counsel is new to the case and needs sufficient time to prepare.

    Accordingly, Plaintiff's motion, Docket No. 24, is hereby **GRANTED**. The deadline for Plaintiff to file any motions for reversal and/or remand is hereby **EXTENDED** to February 16, 2017.

    IT IS SO ORDERED.

    DATED: January 18, 2017

                                                  _____
                                                 NANCY J. KOPPE
                                                 United States Magistrate Judge