# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMIA M. GEER,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 2:16-cv-00542-GMN-NJK<br><br>ORDER<br><br>(Docket No. 26) |

Pending before the Court is a motion to withdraw as attorney for Plaintiff. Docket No. 26. For good cause shown, the motion to withdraw, Docket No. 26, is hereby **GRANTED**. Plaintiff shall have until March 27, 2017 to either have new counsel file a notice of appearance or to notify the Court that she intends to proceed *pro se*. Plaintiff shall have until April 26, 2017 to file a motion to remand and/or reverse. No further extensions to the motion deadline will be granted.

IT IS SO ORDERED.

DATED: March 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge