# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMIA M. GEER,<br>             Plaintiff(s),<br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>             Defendant(s). | Case No. 2:16-cv-0542-GMN-NJK<br><br>ORDER |

Nancy A. Berryhill is now Acting Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Nancy A. Berryhill in place of Carolyn W. Colvin.

IT IS SO ORDERED.

DATED: July 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge